United States District Court
Southern District of Texas
**ENTERED**
November 07, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Case No. 7:16–cr–01589 |
| | § | |
| David Martinez | § | |

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for November 10, 2016 at 9:00 AM before United States Magistrate Judge Peter E Ormsby at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

Peter E. Ormsby
United States Magistrate Judge

Date of order: **November 7, 2016**